# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

MICHAEL J. GRAY                                                         PLAINTIFF
#0034796

v.                               4:22CV00519-BSM-JTK

ROBERT CASE, et al.                                        DEFENDANTS

## **ORDER**

Michael J. Gray ("Plaintiff") is in custody at the Greene County Detention Center. He sued the Greene County Detention Center and several Greene County officials pursuant to 42 U.S.C. § 1983. (Doc. No. 2). At the time Plaintiff filed this lawsuit, the case was assigned to the Central Division of the United States District Court for the Eastern District of Arkansas. The case properly belongs in the Northern Division of the United States District Court for the Eastern District of Arkansas. Accordingly, the Clerk of the Court is directed to change the Division to the Northern Division.

IT IS SO ORDERED this 16th day of June, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE