IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL J. GRAY                                                                                         PLAINTIFF
#0034796

v.                                              3:22CV00144-BSM-JTK

ROBERT CASE, et al.                                                                                 DEFENDANTS

**ORDER**

 Having reviewed Michael J. Gray's ("Plaintiff") Complaint (Doc. No. 2) for screening purposes,[1] the Court concludes service of Plaintiff's claims against Defendants Felisha Rowland, Tammy Glenn, and Robert Case is appropriate.

 IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Rowland, Glenn, and Case. The United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on Defendants Rowland, Glenn, and Case without prepayment of fees and costs or security therefore. Service for Defendants Rowland and Case should be attempted through the Greene County Detention Center, 1809 North Rockingchair Road, Paragould, AR 72450. Service for Defendant Glenn should be attempted through Sweet Dewberry Hubbard, PLC, attn. A. Loy, 24 West Park Place, Oklahoma City, OK 73103.

 IT IS SO ORDERED this 27th day of June, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).