IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL J. GRAY** **PLAINTIFF**
*#0034796*

v.          CASE NO. 3:22-CV-00144-BSM

**ROBERT CASE, Jail Administrator,**
**Green County Detention Center,** *et al.*          **DEFENDANTS**

## ORDER

Having carefully reviewed the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 9] is adopted. Michael Gray's claims against the Greene County Detention Center are dismissed without prejudice for failure to state a claim on which relief may be granted.

IT IS SO ORDERED this 22nd day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE