IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL J. GRAY**                                                                            **PLAINTIFF**
*#0034796*

v.                   **CASE NO. 3:22-CV-00144-BSM**

**ROBERT CASE, Jail Administrator,**
Green County Detention Center, *et al.*                               **DEFENDANTS**

## ORDER

Having carefully reviewed the record, United States Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 33] is adopted. Tammy Glenn's motion to dismiss [Doc. No. 18] is granted, and the clerk is directed to dismiss Glenn as a party to this lawsuit.

IT IS SO ORDERED this 7th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE