IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL J. GRAY**  PLAINTIFF
*Reg. #06302-010*

v.  CASE NO. 3:22-CV-00144-BSM

**ROBERT CASE, Jail Administrator,**
Greene County Detention Center, *et al.*  DEFENDANTS

## ORDER

Michael Gray's motion for an extension of time to file objections [Doc. No. 49] is granted. Having received Gray's objections [Doc. No. 50] and reviewed the entire record *de novo*, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 48] is adopted. Defendants' motion for summary judgment [Doc. No. 42] is granted, and Gray's lawsuit is dismissed with prejudice.

IT IS SO ORDERED this 16th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE