IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL J. GRAY**                                                                                      **PLAINTIFF**
*Reg. #06302-010*

v.                           CASE NO. 3:22-CV-00144-BSM

**ROBERT CASE**, Jail Administrator,
Greene County Detention Center, *et al.*                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE